UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NOELLE RILEY,<br><br>             Plaintiff(s),<br>  v.<br><br>HOLLAND AMERICA LINE N.V. LLC, et al.,<br><br>             Defendant(s). | CASE NO. C24-0067-KKE<br><br>ORDER VACATING TRIAL DATE AND CASE SCHEDULE |

The parties have notified the Court that they have reached a settlement in this case. Dkt. No. 12. Although the parties represent that they cannot conclude the settlement until a final Medicare lien is resolved, the Court nonetheless VACATES the trial date and case schedule (Dkt. No. 11) at this time. The parties shall file a joint stipulation for dismissal with prejudice no later than January 21, 2025. *See* Dkt. No. 12 at 2.

Dated this 20th day of November, 2024.

*Kymberly K. Evanson*
———————————————
Kymberly K. Evanson
United States District Judge

ORDER VACATING TRIAL DATE AND CASE SCHEDULE - 1