1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NOELLE RILEY, | CASE NO. C24-0067-KKE |
| Plaintiff(s), | ORDER DISMISSING CASE |
| v. | |
| HOLLAND AMERICA LINE N.V. LLC, et al., | |
| Defendant(s). | |

13
14
15
16

    The parties who have appeared in this action agree that this case should be dismissed with

prejudice and without costs to any party, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dkt. No. 14. Accordingly, this case is DISMISSED WITH PREJUDICE according to the terms

agreed upon by the parties.

17

    Dated this 16th day of January, 2025.

18
19
20

_____
Kymberly K. Evanson
United States District Judge

21
22
23
24

ORDER DISMISSING CASE - 1